```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------- X
MICHAEL ANTHONY JANUSZEWSKI,     :
et al.,                          :
                                 :
              Plaintiffs,        :   08 Civ 3854
                                 :
     - against -                 :   ORDER
                                 :
PFIZER, INC.,                    :
                                 :
              Defendant.         :
-------------------------------- X
```

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5-7-08

**VICTOR MARRERO, United States District Judge.**

By Conditional Transfer Order (CTO-21) dated May 5, 2008, the United States Judicial Panel on Multidistrict Litigation ("MDL") transferred this action to the District of Minnesota pursuant to 28 U.S.C. § 1407 to be considered in connection with MDL No. 1724. Accordingly, the Clerk of Court is directed to place this case on the Court's suspense docket pending the MDL's issuance of the final transfer order.

**SO ORDERED.**

Dated:   New York, New York
         7 May 2008

                                   _____
                                   VICTOR MARRERO
                                        U.S.D.J.

# UNITED STATES JUDICIAL PANEL
## on
## MULTIDISTRICT LITIGATION

**CHAIRMAN:**
Judge John G. Heyburn II
United States District Court
Western District of Kentucky

**MEMBERS:**
Judge D. Lowell Jensen
United States District Court
Northern District of California

Judge J. Frederick Motz
United States District Court
District of Maryland

Judge Robert L. Miller, Jr.
United States District Court
Northern District of Indiana

Judge Kathryn H. Vratil
United States District Court
District of Kansas

Judge David R. Hansen
United States Court of Appeals
Eighth Circuit

Judge Anthony J. Scirica
United States Court of Appeals
Third Circuit

**DIRECT REPLY TO:**

Jeffery N. Lüthi
Clerk of the Panel
One Columbus Circle, NE
Thurgood Marshall Federal
Judiciary Building
Room G-255, North Lobby
Washington, D.C. 20002

Telephone: [202] 502-2800
Fax:       [202] 502-2888
http://www.jpml.uscourts.gov

May 5, 2008

Honorable Paul A. Magnuson
Senior U.S. District Judge
730 Warren E. Burger Federal Building
316 North Robert Street
St. Paul, MN 55101

Re: MDL No. 1724 -- IN RE: Viagra Products Liability Litigation

(See Attached CTO-21)

Dear Judge Magnuson:

    For your information, I am enclosing a copy of a conditional transfer order filed today by the Panel in this matter.

                Very truly,

                Jeffery N. Lüthi
                Clerk of the Panel

                By   *[signature]*
                Deputy Clerk

cc:    (See Attached List of Judges)

JPML Form 39B

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

MAY - 5 2008

FILED
CLERK'S OFFICE

## UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: VIAGRA PRODUCTS LIABILITY LITIGATION          MDL No. 1724

(SEE ATTACHED SCHEDULE)

### CONDITIONAL TRANSFER ORDER (CTO-21)

On January 26, 2006, the Panel transferred six civil actions to the United States District Court for the District of Minnesota for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. See 414 F.Supp.2d 1357 (J.P.M.L. 2006). Since that time, 51 additional actions have been transferred to the District of Minnesota. With the consent of that court, all such actions have been assigned to the Honorable Paul A. Magnuson.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the District of Minnesota and assigned to Judge Magnuson.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the District of Minnesota for the reasons stated in the order of January 26, 2006, and, with the consent of that court, assigned to the Honorable Paul A. Magnuson.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the District of Minnesota. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

IN RE: VIAGRA PRODUCTS LIABILITY LITIGATION                MDL No. 1724

## SCHEDULE CTO-21 - TAG-ALONG ACTIONS

| **DIST. DIV. C.A. #** | **CASE CAPTION** |
|---|---|
| NEW YORK SOUTHERN | |
| NYS 1 08-3832 | Cynthia T. Jackson, etc. v. Pfizer Inc. |
| NYS 1 08-3833 | Charles A. Buie, et al. v. Pfizer Inc. |
| NYS 1 08-3835 | William Gurney, et al. v. Pfizer Inc. |
| NYS 1 08-3854 | Michael Anthony Januszewski, et al. v. Pfizer Inc. |
| NYS 1 08-3855 | David Jeffrey Mourick, et al. v. Pfizer Inc. |

IN RE: VIAGRA PRODUCTS LIABILITY LITIGATION                MDL No. 1724

## INVOLVED JUDGES LIST (CTO-21)

Hon. Deborah A. Batts
U.S. District Judge
2510 U.S. Courthouse
500 Pearl Street
New York, NY 10007-1312

Hon. Thomas P. Griesa
Senior U.S. District Judge
1630 Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, NY 10007-1312

Hon. Victor Marrero
U.S. District Judge
660 Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, NY 10007

Hon. Jed S. Rakoff
U.S. District Judge
1340 Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, NY 10007-1312

Hon. John E. Sprizzo
Senior U.S. District Judge
1350 Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, NY 10007-1501