```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------ X
MICHAEL ANTHONY JANUSZEWSKI,    :
et al.,                         :
                                :
              Plaintiffs,       :   08 Civ 3854
                                :
      - against -               :   ORDER
                                :
PFIZER, INC.,                   :
                                :
              Defendant.        :
------------------------------ X
```

**VICTOR MARRERO, United States District Judge.**

In accordance with the Transfer Order dated May 21, 2008 from the United States Judicial Panel on Multidistrict Litigation (MDL) relating to <u>In re: Viagra Products Liability Litigation</u>, MDL No. 1724, a copy of which is attached hereto, it is hereby

**ORDERED** that the Clerk of Court is directed to transfer this action to the District of Minnesota pursuant to 28 U.S.C. § 1407.

**SO ORDERED.**

Dated:   New York, New York
         27 May 2008

_____
VICTOR MARRERO
U.S.D.J.

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5-27-08

# UNITED STATES JUDICIAL PANEL
## on
## MULTIDISTRICT LITIGATION

**CHAIRMAN:**
Judge John G. Heyburn II
United States District Court
Western District of Kentucky

**MEMBERS:**
Judge D. Lowell Jensen
United States District Court
Northern District of California

Judge J. Frederick Motz
United States District Court
District of Maryland

Judge Robert L. Miller, Jr.
United States District Court
Northern District of Indiana

Judge Kathryn H. Vratil
United States District Court
District of Kansas

Judge David R. Hansen
United States Court of Appeals
Eighth Circuit

Judge Anthony J. Scirica
United States Court of Appeals
Third Circuit

**DIRECT REPLY TO:**

Jeffery N. Lüthi
Clerk of the Panel
One Columbus Circle, NE
Thurgood Marshall Federal
Judiciary Building
Room G-255, North Lobby
Washington, D.C. 20002

Telephone: [202] 502-2800
Fax:       [202] 502-2888
http://www.jpml.uscourts.gov

May 21, 2008

Richard Sletten, Clerk
202 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415

Re: MDL No. 1724 -- IN RE: Viagra Products Liability Litigation

(See Attached CTO-21)

Dear Mr. Sletten:

I am enclosing a certified copy and one additional copy of a conditional transfer order filed by the Panel in the above-captioned matter on May 5, 2008. As stipulated in Rule 7.4(a) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), transmittal of the order has been stayed 15 days to give any party an opportunity to oppose the transfer. The 15-day period has now elapsed, no opposition was received, and the order is directed to you for filing.

The Panel's governing statute, 28 U.S.C. §1407, requires that the transferee clerk "...transmit a certified copy of the Panel's order to transfer to the clerk of the district court from which the action is being transferred."

A list of involved counsel is attached.

Very truly,

Jeffery N. Lüthi
Clerk of the Panel

By _____
Deputy Clerk

Attachment

cc:  Transferee Judge:    Judge Paul A. Magnuson
     Transferor Judges:   (See Attached List of Judges)
     Transferor Clerk:    J. Michael McMahon

JPML Form 36

Inasmuch as no objection is pending at this time, the stay is lifted.

MAY 2 1 2008

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

MAY - 5 2008

FILED
CLERK'S OFFICE

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: VIAGRA PRODUCTS LIABILITY LITIGATION                    MDL No. 1724

(SEE ATTACHED SCHEDULE)

**CONDITIONAL TRANSFER ORDER (CTO-21)**

On January 26, 2006, the Panel transferred six civil actions to the United States District Court for the District of Minnesota for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. See 414 F.Supp.2d 1357 (J.P.M.L. 2006). Since that time, 51 additional actions have been transferred to the District of Minnesota. With the consent of that court, all such actions have been assigned to the Honorable Paul A. Magnuson.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the District of Minnesota and assigned to Judge Magnuson.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the District of Minnesota for the reasons stated in the order of January 26, 2006, and, with the consent of that court, assigned to the Honorable Paul A. Magnuson.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the District of Minnesota. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

IN RE: VIAGRA PRODUCTS LIABILITY LITIGATION                     MDL No. 1724

### SCHEDULE CTO-21 - TAG-ALONG ACTIONS

**DIST. DIV. C.A. #**           **CASE CAPTION**

NEW YORK SOUTHERN
  NYS 1  08-3832         Cynthia T. Jackson, etc. v. Pfizer Inc.
  NYS 1  08-3833         Charles A. Buie, et al. v. Pfizer Inc.
  NYS 1  08-3835         William Gurney, et al. v. Pfizer Inc.
  NYS 1  08-3854         Michael Anthony Januszewski, et al. v. Pfizer Inc.
  NYS 1  08-3855         David Jeffrey Mourick, et al. v. Pfizer Inc.